**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES LEGRANDE, JR, | No. C 07-01793 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| JAMES A. YATES, | |
| Defendant. | |

Respondent has filed a request for an enlargement of time to file an answer to the petition for a writ of habeas corpus. In the application, respondent states that he has not communicated with petitioner regarding the request for an enlargement of time because petitioner is incarcerated. In this action, however, petitioner is represented by counsel James Roberts. By **FRIDAY, JUNE 8, 2007**, Mr. Roberts will please file a response to petitioner's request for an enlargement of time.

**IT IS SO ORDERED.**

Dated: June 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE