IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES LEGRANDE JR,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>    Respondent.<br>_____/ | No. C 07-01793 WHA<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO LIFT STAY ORDER AND REQUEST TO AMEND PETITION** |

The motion to lift stay order and request to amend petition to add previously unexhausted federal claim is **DENIED WITHOUT PREJUDICE**. Petitioner may re-notice this motion with an appended proposed amended petition. The hearing set for May 29, 2008, is therefore **VACATED**.

**IT IS SO ORDERED.**

Dated: May 7, 2008.

                                                          WILLIAM ALSUP<br>                                                        UNITED STATES DISTRICT JUDGE