IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYES LEGRANDE JR,

    Petitioner,

  v.

JAMES A. YATES,

    Respondent.
                            /

No. C 07-01793 WHA

**ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY ORDER AND REQUEST TO AMEND PETITION TO ADD PREVIOUSLY UNEXHAUSTED FEDERAL CLAIM AND VACATING HEARING**

      Petitioner Reyes Legrande, Jr., moves to lift the stay order issued on August 27, 2007, and to be granted leave to file an amended petition for writ of habeas corpus. Respondent filed a statement of non-opposition; there is no objection to the lifting of the stay or to the filing of an amended petition. Accordingly, the motion is **GRANTED**. Because oral argument is unnecessary, the hearing set for August 28, 2008, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: August 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE