IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **REYES LEGRANDE,**<br><br>                                   Petitioner,<br><br>   v.<br><br>**JAMES A. YATES, Warden of Pleasant Valley State Prison,**<br><br>                                   Respondent. | C 07-5343 MHP (PR)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER** |

Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer to the Petition for Writ of Habeas Corpus, and for GOOD CAUSE Shown,

IT IS HEREBY ORDERED as follows:

1. Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer is GRANTED.

2. Time shall enlarge by 62 days, and Respondent shall file and serve the Answer on or before November 9, 2009.

3. If Petitioner wishes to respond to the Answer, he must do so my filing a traverse with the Court and serving it upon Respondent within 30 days of service of the Answer.

Dated:   October 5, 2009.

_____
WILLIAM ALSUP
United States District Judge