IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYES LEGRANDE, JR,

    Petitioner,

  v.

JAMES A. YATES, Warden of Pleasant Valley State Prison,

    Respondent.
                                        /

No. C 07-01793 WHA

**ORDER GRANTING IN PART EXTENSION OF TIME TO FILE TRAVERSE**

      Petitioner's counsel has filed an application for an enlargement of time of sixty days in which to file a traverse. The application is **GRANTED IN PART**. The traverse must be filed on or before **JANUARY 21, 2010.**

      **IT IS SO ORDERED.**

Dated: January 14, 2010.

                                              WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE