IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES LEGRANDE, JR, | No. C 07-01793 WHA |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES A. YATES, Warden of Pleasant Valley State Prison, | |
| Respondent. / | |

The Court having entered a ruling denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE