IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYES LEGRANDE, JR,

    Petitioner,

  v.

JAMES A. YATES, Warden of Pleasant Valley State Prison,

    Respondent.

No. C 07-01793 WHA

**ORDER REGARDING "MOTION FOR CERTIFICATE OF APPEALABILITY"**

In the order denying the petition for writ of habeas corpus, petitioner was denied a certificate of appealability, and judgment was entered against him. Petitioner has now filed a motion that seems to be addressed to the court of appeals, appealing the denial of a certificate of appealability. But the motion was filed in this Court and there is no accompanying notice of appeal. This order construes the motion as a notice of appeal. The clerk shall process the appeal.

**IT IS SO ORDERED.**

Dated: September 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE