IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES LEGRANDE, JR,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden of Pleasant Valley State Prison,<br><br>    Respondent. | No. C 07-01793 WHA<br><br>**ORDER REGARDING PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

Petitioner has filed a motion for leave to proceed in forma pauperis. Pursuant to Federal Rule of Appellate Procedure 24(a), the district court evaluates such motions even though the case is on appeal.

Petitioner has counsel, but he filed the motion himself. His counsel shall please comment on their continuing status as counsel. Their response is due by **OCTOBER 29, 2010, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE